**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELDENTAL LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAX LEONESIO, an individual, GRAMERCY SQUARE HOLDINGS LLC dba FOREARTHBYUS, a Delaware limited liability company,<br><br>Defendants. | Case No: 22CV1250 JO (MSB)<br><br>**MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Jinsook Ohta |

Plaintiff, WELDENTAL LLC ("WELDENTAL"), by and through its undersigned counsel, hereby moves this Court for entry of the Consent Final Judgment and Permanent Injunction, attached hereto as **Exhibit 1**. In support thereof, Plaintiff WELDENTAL states as follows:

1. Plaintiff and Defendants have resolved all claims in connection with this matter and have agreed to the entry of the Consent Final Judgment and Permanent

Injunction, attached hereto as **Exhibit 1**. (*See* Statement of Consent executed for each defendant attached as **Exhibit 2**).

2. Accordingly, as Plaintiff and Defendants have resolved all claims in connection with this matter, Plaintiff respectfully requests this Court to grant this motion and enter the Consent Final Judgment and Permanent Injunction, attached hereto as **Exhibit 1.**

Dated: March 20, 2023

Respectfully submitted,

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

s/s/ Darren J. Quinn
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Plaintiff*

**PROOF OF SERVICE**

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

Dated: March 20, 2023

s/s Darren J. Quinn
Darren J. Quinn